United States Bankruptcy Court
District of Arizona

In re:  Case No. 20-00286-EPB
JOSHETTAE D. MOORE  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2 User: vargasr Page 1 of 3
Date Rcvd: Mar 25, 2021 Form ID: pdf001 Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JOSHETTAE D. MOORE, 1502 E CARSON RD, PHOENIX, AZ 85042-5621 |
| 15930500 |   | AZ DEPARTMENT OF ECONOMIC SECURITY, OFFICE OF ACCTS RECEIVABLE & COLLECTIONS, PO BOX 60, PHOENIX, AZ 85001-0060 |
| 15914951 | + | Allied Cash, 710 W Elliot Rd #104, Tempe AZ 85284-1209 |
| 15914953 | + | Arizona Dept of Economic Security, Office of Accounts Receivables, MD 1261, PO Box 504097, Saint Louis MO 63150-4097 |
| 15914956 | + | Bank of the West, 2555 E Camelback Rd, Ste 160, Phoenix AZ 85016-4286 |
| 15914959 | + | Cigna, POB 29848, Phoenix AZ 85038-9848 |
| 15914960 | + | Duluth Service Center, POB 30884, Salt Lake City UT 84130-0884 |
| 15914961 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg PA 17106-9184 |
| 15914962 | + | Fountains Family Care PC, 3930 S Alma School Rd, Ste 1, Chandler AZ 85248-4510 |
| 15914964 | + | Gina Lombardi, 11614 S Appaloosa Dr, Phoenix AZ 85044-2602 |
| 15914970 | + | Lundyn Moore, 1502 E Carson Rd, Phoenix AZ 85042-5621 |
| 15914971 | + | MS Services LLC, 123 W 1st St, Ste 430, Casper WY 82601-7502 |
| 15914972 | + | Oportun, Attn: Bankruptcy, Po Box 4085, Menlo Park CA 94026-4085 |
| 15914975 | + | Revsolve Inc, MSC #600, POB 52163, Phoenix AZ 85072-2163 |
| 15914976 | + | Sonora Quest Lab, PO Box 52880, Phoenix AZ 85072-2880 |
| 15914977 | + | Southwest Skin Specialists LLC, PO Box 769179, Roswell GA 30076-8216 |
| 15914978 |   | Springleaf, 601 Northest 2nd St, Evansville IN 47708 |
| 15914979 | + | The Travis Law Firm, 10621 S 51st St, Ste 103, Phoenix AZ 85044-5207 |
| 15914980 | + | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul MN 55116-0408 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15919636 | + | Email/Text: bankruptcynotices@azdor.gov | Mar 26 2021 02:23:00 | ARIZONA DEPARTMENT OF REVENUE, 2005 N CENTRAL AVE, SUITE 100, PHOENIX, AZ 85004-1546 |
| 15914950 | + | Email/Text: mnapoletano@ars-llc.biz | Mar 26 2021 02:26:00 | Ability Recovery Service, Attn: Bankruptcy, Po Box 4262, Scranton PA 18505-6262 |
| 15914952 | + | Email/Text: bankruptcynotices@azdor.gov | Mar 26 2021 02:23:00 | Arizona Department of Revenue, P.O. Box 52016, Phoenix AZ 85072-2016 |
| 15914954 | + | Email/Text: bankruptcynotices@azdor.gov | Mar 26 2021 02:23:00 | Arizona Dept of Revenue, Attn: Education and Compliance, 1600 W Monroe St, Phoenix AZ 85007-2650 |
| 15914955 | + | Email/Text: bankruptcy@avidac.com | Mar 26 2021 02:26:00 | Avid Acceptance Llc, Attn: Bankruptcy, Po Box 708580, Sandy UT 84070-8580 |
| 15968578 |   | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 02:02:06 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15914963 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 26 2021 02:26:00 | Geico Insurance, POB 55126, Boston MA 02205-5126 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15914965 | + | Email/Text: bknotice@healthcareinc.com | Mar 26 2021 02:26:00 | Healthcare Collections, Llc, Attn: Bankruptcy Dept, Po Box 82910, Phoenix AZ 85071-2910 |
| 15914966 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2021 02:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 15914967 | + | Email/Text: compliance@iqdata-inc.com | Mar 26 2021 02:26:00 | Iq Data International, Attn: Bankruptcy, Po Box 39, Bothell WA 98041-0039 |
| 15983468 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 26 2021 02:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15914958 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 26 2021 02:00:52 | Chase, Mail Code oH1-1272, 340 S Cleveland Ave, Bldg 370, Westerville OH 43081 |
| 15914968 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 26 2021 02:25:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud MN 56302 |
| 15914973 | | Email/Text: info@plazaservicesllc.com | Mar 26 2021 02:22:00 | Plaza Services, LLC, 110 Hammond Drive, Suite 110, Atlanta GA 30328 |
| 15916129 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 01:49:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15914974 | + | Email/Text: bknotice@primeautoloan.com | Mar 26 2021 02:26:00 | Prime Acceptance Corp, 7927 S. High Point Pkwy, Sandy UT 84094-5579 |
| 15914957 | | Email/Text: support@cash1loans.com | Mar 26 2021 02:22:00 | Cash 1, 4735 E Southern Ave, Phoenix AZ 85042 |
| 15944204 | + | Email/Text: documentfiling@lciinc.com | Mar 26 2021 02:22:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 16236653 | + | Email/Text: cityattorney_administrator@tempe.gov | Mar 26 2021 02:25:00 | Tempe Municipal Court, 140 E. 5th Street, Tempe AZ 85281-3735 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15914969 | ##+ | KLS Financial Services, Attn: Bankruptcy, 991 Aviation Parkway Ste 300, Morrisville NC 27560-8564 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2021  Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| EDWARD J. MANEY | courtecf@maney13trustee.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor JOSHETTAE D. MOORE documents@phxfreshstart.com  tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

SO ORDERED.

Dated: March 25, 2021

Eddward P. Ballinger Jr., Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | CHAPTER 13 |
|---|---|
| JOSHETTAE D. MOORE, | CASE NO. 2: 20-00286-EPB |
| Debtor. | **STIPULATED ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN** |

The Modified Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Modified Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|---|---|
| 1-5 | $350.00 |
| 6 | $50.00 |
| 7-12 | $0.00 |

- 1 -

In re: Moore
Case No. 2: 20-00286-EPB

| | |
|---|---|
| 13 | $150.00 |
| 14-60 | $445.00 |

The payments are due on or before the 8th day of each month commencing February 8, 2020. Debtor is instructed to remit all payments on or before the stated due date each month. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.

The Debtors shall provide to the Trustee copies of their **federal** and **state** income tax returns for post-petition years 2019 - 2023 within 30 days of filing them. The purpose is to assist the Trustee in determining any change in Debtors' annual disposable income.

(2) Other Property. In the event that other property is submitted, it shall be treated as supplemental payments.

(B) **DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate. In no event will the term of the Plan be reduced to less than 36 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. This Order does not allow claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay secured creditors or allowed claims in the following order:

(1) <u>Administrative expenses:</u>

<u>Attorney Fees.</u> Tom McAvity, shall be allowed total compensation of $4,500.00. Counsel received $7.00 prior to filing this case and will be paid $4,493.00 by the

- 2 -

In re: Moore
Case No. 2: 20-00286-EPB

Chapter 13 Trustee.

(2) <u>Claims Secured by Real Property:</u>

   (a) None.

(3) <u>Claims Secured by Personal Property:</u>

   (a) Internal Revenue Service, secured by a lien in personal property, shall be paid a secured claim of $1,450 with 5% interest. The balance of the debt shall be classified as unsecured.

(4) <u>Unsecured Priority Claims:</u>

   (a) Department of Treasury/Internal Revenue Service shall be paid an unsecured priority claim of $11,850.34 with no interest for income taxes.
   (b) Arizona Department of Revenue shall be paid an unsecured priority claim of $ 1,080.33 with no interest for income taxes.

(5) <u>Surrendered Property:</u>

Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

   (a) None.

(6) <u>Other Provisions:</u> None.

(7) <u>Unsecured Nonpriority Claims.</u> Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. Allowed unsecured claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid upon completion of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation, subject to the rights of the Trustee to assert a claim to any additional property of the estate pursuant to 11 U.S.C. § 1306.

**ORDER SIGNED ABOVE**

Approved as to Form and Content By:

_____
Edward J. Maney, Trustee

_____
Tom McAvity
Attorney for Debtors

The Debtors certify: All required State and Federal Income tax returns have been filed No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

- 4 -

In re: Moore
Case No. 2: 20-00286-EPB

_[signature]_
JOSHETTAE D. MOORE, Debtor

- 5 -

In re: Moore
Case No. 2: 20-00286-EPB